UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission, | |
| Plaintiff(s), | No. C08-4374 SI (BZ) |
| v. | **ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE** |
| Catholic Charities, | |
| Defendant(s). | |

**IT IS HEREBY ORDERED,** that a telephone conference to discuss the status of the negotiations regarding the Consent Decree is scheduled for **Tuesday, March 31, 2009 at 3:00 p.m.** Counsel shall notify the Court immediately if they resolve their disagreement.  Otherwise, counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: March 26, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\EEOC v. CATHOLIC CHARITIES - ORDER SCHEDULING TELEPHONCE CONFERENCE.wpd

1