UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff(s),<br><br>  v.<br><br>Catholic Charities,<br><br>    Defendant(s). | No. C08-4374 SI (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONIC STATUS CONFERENCE** |

**IT IS HEREBY ORDERED,** that a further telephone conference to discuss the status of the settlement negotiations is scheduled for **Tuesday, April 7, 2009 at 3:00 p.m.** Counsel for the EEOC shall get Mr. Montalvo on the line and call chambers at **415-522-4093.**

Dated: March 31, 2009

                                        *Bernard Zimmerman*
                                     Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\EEOC v. CATHOLIC CHARITIES - ORDER SCHEDULING FURTHER TELEPHONE CONFERENCE.wpd