UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) ) |
| Plaintiff(s), | ) No. C08-4374 SI (BZ) ) |
| v. | ) **ORDER SCHEDULING FURTHER** |
| Catholic Charities, | ) **TELEPHONIC STATUS CONFERENCE** ) |
| Defendant(s). | ) ) |

**IT IS HEREBY ORDERED,** that a further telephone conference to discuss the status of the settlement negotiations is scheduled for **Thursday, April 30, 2009 at 3:00 p.m.**  Counsel for the EEOC shall get Mr. Montalvo on the line and call chambers at **415-522-4093**.

Dated: April 8, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\EEOC v. CATHOLIC CHARITIES - ORDER SCHEDULING FURTHER TELEPHONE CONFERENCE.wpd

1