UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission, | |
| Plaintiff(s), | No. C08-4374 SI (BZ) |
| v. | **SCHEDULING ORDER** |
| Catholic Charities, | |
| Defendant(s). | |

    After conferring with counsel on April 30, 2009, for both parties about the slow progress in the settlement negotiations. **IT IS HEREBY ORDERED** as follows:

    1.   The parties shall expedite the progress of their settlement discussions.

    2.   If the case does not settle a settlement conference is scheduled for **May 27, 2009 at 9:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The party principals with full authority to negotiate a settlement shall attend.  The parties shall bring the latest working draft of their settlement agreement in electronic format so that it may be edited, and

1

be prepared to stay until the case is settled.

    3.  If the case settles, the parties shall jointly notify the Court and the conference will be **VACATED**.

Dated: April 30, 2009

                                Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\EEOC SCHEDULING ORDER.wpd